DARONTA T. LEWIS #BH5097
Name and Prisoner/Booking Number

CSATF-STATE PRISON.
Place of Confinement

P.O.BOX 5248
Mailing Address

Corcoran, CA, 93212.
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS.
(Full Name of Plaintiff)                    Plaintiff,

v.

(1) CITY OF FAIRFIED, COUNTY OF SOLANO
(Full Name of Defendant)

(2) THOMAS FERRARA    INDIVIDUAL/OFFICIAL CAPACITY.
        INDIVIDUAL/OFFICIAL CAPACITY

(3) CASTILLO,

(4) RAMIREZ, INDIVIDUAL/OFFICIAL CAPACITY.
                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:19-cv-01200-SKO(PC)
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
     ☐ Other: _____.

2.   Institution/city where violation occurred: Solano County Jail/Stanton Correction

## B. DEFENDANTS

1. Name of first Defendant: _City of FAIRFIELD, Solano County_. The first Defendant is employed as:
   _Governing Board of County Employees_ at _Solano County Jail, City of FAIRFIELD_.
   (Position and Title)                                 (Institution)

2. Name of second Defendant: _THOMAS FERRARA_. The second Defendant is employed as:
   _County SHERIFF OF DETENTION CENTERS_ at _Solano County Jail / STANTON Correctional_
   (Position and Title)                                 (Institution)

3. Name of third Defendant: ~~_____~~ . _CASTILLO_. The third Defendant is employed as:
   _CLASSIFICATION LIEUTENANT_ at _Solano County Jail / STANTON CORRECTIONAL_.
   (Position and Title)                                 (Institution)

4. Name of fourth Defendant: _RAMIREZ_. The fourth Defendant is employed as:
   _SERGEANT CLASSIFICATION_ at _Solano County Jail / STANTON CORRECTIONAL_.
   (Position and Title)                                 (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ( ☒ Yes _County Jail_ ) ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
   1. Parties: _Lewis, Daronte_ v. _Chief of police, chris Grimm._
   2. Court and case number: _2:18-cv-00196-CKD_.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _Dismissed (moot) Allegedly. 2018._

   b. Second prior lawsuit:
   1. Parties: _N/A_ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
   1. Parties: _N/A_ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

ATTACHED PAGE 1-A. Continued listed defendants

**(5)** DR. NAGAR. INDIVIDUAL/OFFICIAL CAPACITY.

NAME OF FIFTH DEFENDANT: Nagar. The fifth defendant IS employed as a: Doctor. Sole providence/provider, at the facility(s): Solano County Jail/Stanton Correctional facility. Branch of Solano County detention facilities.

**(6)** Clemente. / INDIVIDUAL/OFFICIAL CAPACITY(S)

NAME OF SIXTH DEFENDANT; clemente. is employed as ; classification officer, at the facility; Stanton- correctional Branch of Solano County detention facilities.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: EQual RIGHTS PROTECTION 14Th Amend. U.S. Const. ADA, 42 U.S.C.A. ss 12101 et seq - Supreme Court Cases, 173 A.L.R Fed.639 Validity, Construction, application. 302 OF ADA (42.U.S.GA. sec 12182) prohibiting DiscriminATION

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Disciplinary proceedings
- ☐ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☐ Threat to safety
- ☐ Access to the court
- ☐ Exercise of religion
- ☒ Other: A DA. Accommodation discrim/Viol -VIOLATION. 136. A.L.R.Fed. 1.
- ☐ Medical care
- ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Excluded From Access To programs, services, Extra credit. The Public entity. (Correctional JailFacility) was requested prior to 05/05/18 Greivance Complaint equalrights protection violation and violation OF ADA-ACCOmmODATION GRIEVANCE 05/05/18. Filed Due To RequesT To House In General population MAX Security with Accused murders, Armed ROBBers. WAS Turned Down By CLASSIFICATION OFFICER CLEMENTE Due TO wheelchair ADA-EQUIPMENT CAN BE used as weapon BUT WE GET Thick Power Corded HAIR Heavy clippers AND power corded Shavers - ACCOMMODATION, ALL possible WEAPONS. I SAY To ClemenTe AT RequesT SliP Interview TIME AT MY cell Door UNIT-3/#15. He SAID you DONT like The Response Take it up with MY Supervisor SGT. RAMIReZ So I File Complaint. 3 DAYS PASS Deadline response Time He RAMIreZ VISITS A Few people in unit. Then me And ASK WHAT AM I ASKING., I SAY EQUALRIGHTS TO General POP. MAX or Medium Security To wheelchair cell. ITS NOT Weapon But A DA EQUIPMENT Legally Approved - FOR JAils $ PRISON. HE LEAVES $ NEVER Respond To Complair

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). - COMPlAINT STill. EQualRights Denied To participate in General population INTERACT WITH OTHER HumANS, Time out CELL MORE PROGRAMS, Denied equal-Rights To Access ADA cells NOT In-use By ADA inmates in general population. Depress'd, mentally distress'd, Treated unFair.

5. **Administrative Remedies:** Physical HearT Anguish. Excluded From program - rec.

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? YES COPY. EXHIBIT (A) 4 pages ATTACHED ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. YES I DID EXHIBIT (A) 4 pages ATTACHED. Response TIME EXPIRED ON 5/12/2018 FOR STAFF. But Lt. Castillo - Finally Answered, Exhausting remedies.

4

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Deprived of procedural due process rights under 14th Amend u.s. const. Equal Rights protection laws. FIFTH, NINETH, EIGTH Amendments of u.s. Const., Due process procedures.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Deprived procedural due process confined to Ad-seg 1yr Because of DISABILITY.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
Plaintiff out of Northbay medical Hospital on June 02·17. upon Arrival To Jail out of (I.Cu) left in Holding Cell in wheelchair for over 12 Hours in pain And pain pills Denied despite Following orders. Only Naproxen For Multiple gunshots. Finally, Put in medical Bed cell-Disgusting Feces an urine an Food Trash- All over Medical ward cell. I Informed Mrs. Bottoms and officer Finegan who was unit cop and Finegan Jail maintence Facility cleanup officer. Request For sanitizing cell For open wounded patient/inmate denied. Wound in open surgery chest incision Festered wit infection. Dr. Nagar of med-ward Did Nothing. Finally, R·N· or L·V·N· Nick cleaned up Pus-Green oozing out of wound. And Dr. Nagar. Never Visited me over Disgusting -cell Affecting-patient Health. To Survive - gunshots. Finally I cause A VERBAL Ruckus And officer Mrs. Stacy Bottoms, told SGT. DONNA ▓ WHO SPOKE TO DOCTOR NAGAR TO TAKE ME OUT ▓ MEDICAL BED TO WHEEL CHAIR CELL IN STANTON CORRECTIONAL AD-SEG UNIT 2450 CLAYBANK Rd. From Sept 2017 or so until Oct· 2018. I was locked in AD-SEG. No Remedy To Contest IT, No opportunity To BE Included in Jail General Pop. ▓▓▓▓ For A·A/ N·A. Extra Credit, Early Release, only Violation of Equal Rights protection of Rights Pursuant to 14th Amendment Singled out For Arbitrary and irrational Treatment. Despite Doctor clear'd me, Still AD-seg FOR Almost ONE YEAR. Denied proper appropriate Relief.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). CREDITS, HELP, SERVICES Denied proper relief by being deprived procedural due process rights under FIFTH an Fourteenth Amendments. And Statutory = operational MANUEL STATE of CALIFORNIA JAIL, PRISON -regulation on AD-seg prolonged- Confinement. proper safe guards and policy. Title IS· Article 6. Sec § 3330, § 3331, ~~Excluded~~

5. **Administrative Remedies.** § 3332. Article 7. § 3338, § 3337, § 3340 ETC All.

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. COPY OF EXHAUSTED GRIEVANCE ATTACHED EXHIBIT (B) -P9S. I never waived procedural hearings, IT never was no-- -reason(s). To Continuously Ad-Seg confine me.

   D·L complainant Initials    5

ADDED.

28.U.S.CA.§1331,1343,2201,2202; 42.U.S.C.A§1983; Fed.R.CIV.P. 8(a).

D.2

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Denial of necessary and Adequate medical care and Treatment—For Residual Effects of prior sumory. DeMAND FOR Trial Jury - ACTION FOR DECLARATORY, injunctive Relief Deprived 14TH Amend Equal RIGHTS PROTECTION

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☒ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☒ Other: ~~Jail~~.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

COUNTY CORRECTIONAL FACILITY Dr. Nagar. in his individual CAPACITY. AND OFFICIAL CAPACITY AS A PAID DOCTOR OF Jail Medical Group. AS Sole Director OF Jails. ___ Intentional Denial of ~~Adequate~~ Medical Treatment, Intentional Denial of Adequate medical Treatment. CAllous Disregard For patients right is shown. When at Dr. NAGARS Discrection patient was Denied. proper- appropriate PAIN medication perscribed by Nuero Surgeon, and Hospital TRAUMA Emergency GunSHOT Wound-Surgeon. To ComBAT Severely intense pain I would feel once Awake out-of (I.C.U) NORTH-BAY medical Trauma Center. AT Dr. NAGAR'S Discretion PAIN meds Denied inflicting cruel HAshness, patient suffered grievious bodily Extreme ~~PAINFUL~~-HARM. Complainant/patient Told doctor general standard of CARE By California civil practice procedure, is not being applied by him. THAT He's Commiting Medical malpractice. per Calif Civil practice procedure CHptr 32:.b Physican's DUTY To use care diagnosis and Treatment OF PATIENT. DENIED". Dr. Nagar Failed and refused proper, adequate Treatment care, Medications To relieve patient of Torturous cruel pain and injuries of NECK 3 chest gunshots AND LUNG DAMAGE. VIOLATING. CALIFORNIA STATUTORY- PATIENTS MEDICAL RIGHT- LAWS. VIOLATING EQUAL RIGHTS PROTECTION. OF 14 AMENDMENT.- DENIED SURGERY, PHYSICAL THERAPY.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Physician Failed, refused to carry out and/or complete plans, orders and Treatment, To gunshot WheelCHAIR PATIENT, FAILED and refused to deliver and perscribe necessary medication(s). patient Further alleges. acts, inactions policies, practices WAS unlawful Do To 8TH Amend prohibition of cruel and unusual- punishment. Violation of 14TH Amend Equal RIGHTS PROTECTION.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? (YES) EXHIBIT (B) ATTACHED 18 pgs.   ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim III?   ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. (YES) ATTACHED EXHIBIT () 18 pgs. ~~...~~

~~...~~

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

D.L. Complainant
Initials

6

T.

## E. REQUEST FOR RELIEF

State the relief you are seeking: 5 Million in Damages.
For Violation, Denial, of Disabled Handicap wheel
Chair man, Already in pain an suffering being
Handicap, The Institution employee entitys - ADDing
To it By OUTRIGHT BLATANTLY Recklessly Disregarding
CIVIL RIGHTS-EQUAL RIGHTS Protection, AND ADA-RIGHTS,
ACCOMMODATIONS WITHOUT CARE OR CONCERN OF DAMAGING AFFECTS!!
MEDICAL CARE, TREATMENT, SURGERY DEPRIVATION. FOR COURTS
TO GRANT ENFORCEMENT OF EQUAL RIGHTS, AND INJUNCTIVE ORDERS FOR DEFEND-

I declare under penalty of perjury that the foregoing is true and correct. – ANT TO COMPLY. AND DAMAGES.

Executed on 03/19/2019 / 8/26/19.
_____
DATE

_(signature)_
SIGNATURE OF PLAINTIFF

DARONTAY T. LEWIS   (PRO.SE)
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)
(SELF) PRO.SE

_(signature)_
(Signature of attorney, if any)
STANTON CORRECTIONAL
UNIT 3, CELL #15.
2450 CLAYBANK RD.
FAIRFIELD, CA, 94533
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

EXHIBIT(A) 1 OF 4

## SOLANO COUNTY SHERIFF'S OFFICE

GRIEVANCE INMATE REPORT

| OTHER | | 18001076 | | 07/08/2018 20:00 |
|---|---|---|---|---|

| GRIEVANCE TYPE | LOCATION | CREATED BY | Report Date | Report Time |
|---|---|---|---|---|
| OTHER | 03-SCF LVL1 U03 15 | GREINER SCJ597 | 07/09/2018 | 02:19 |

### GRIEVANCE SUMMARY

Inmate grieving Lieutenant Castillo for not responding to request.

| | NAME: LEWIS, DARONTA | NUM: 149341 |
|---|---|---|
| | **CURRENT HOUSING:**<br>03-SCF LVL1 U03 15 B | |
| | **GRIEVANCE AGAINST DEPARTMENT:**<br>CUSTODY DIVISION | |
| | **GRIEVANCE AGAINST PERSONNEL:**<br>CASTILLO SCJ92 | |
| | **DISPOSITION:**<br>UNFOUNDED | |
| | **INMATE RESPONSE:**<br>GRIEVANCE FILED BY: INMATE LEWIS, DARONTA 149341 RESPONSE MADE BY: SGT. AMMERMAN 1CS31 DATE OF RESPONSE: 07/09/18 IN RESPONSE TO YOUR GRIEVANCE #18001076, DATED 07/08/18, GRIEVING FACILITY COMMANDER NOT RESPONDING TO REQUEST/DOCUMENTS IN A TIMELY MANNER. LT. CASTILLO HAD SCHEDULED TIME OFF AND COULD NOT RECEIVE/REPLY TO YOUR DOCUMENTS. GRIEVANCE UNFOUNDED. | |

**REVIEW**

| REVIEW DATE | TIME |
|---|---|
| 07/09/2018 | 10:00 |
| REVIEW OFFICER<br>AMMERMAN SCJ11 | |

| APPEAL | ENTERED BY: | DATE | TIME | CREATED DATE | TIME | 18001076 | 07/10/2018 |
|---|---|---|---|---|---|---|---|
| | THOMPSON SCJ534 | 07/10/2018 | 08:50 | 07/10/2018 | 08:50 | | |

| CATEGORY | | REVIEW BY: | REVIEW DATE: | TIME: |
|---|---|---|---|---|
| APPEAL | | CASTILLO SCJ92 | 07/20/2018 | 13:18 |

**APPEAL NOTE:**

INMATE APPEALS

EXHIBIT (A) (4) pages 1 OF 4

**INMATE RESPONSE:**

APPEAL RESPONSE BY LIEUTENANT D. CASTILLO. RE: GRIEVANCE #18001076, APPEALED ON 07/10/2018. MR. LEWIS, I HAVE READ YOUR GRIEVANCE AND THE FIRST LEVEL RESPONSE PROVIDED BY SERGEANT AMMERMAN. IN YOUR GRIEVANCE, YOU ALLEGE THAT YOU SUBMITTED A REQUEST SLIP AND A GOVERNMENT TORT CLAIM TO BE HANDED UP THROUGH THE CHAIN OF COMMAND. YOU MAKE COMPLAINT THAT AFTER 72 HOURS, YOUR REQUEST HAD NOT YET BEEN RESPONDED TO. IN RESPONSE TO YOUR APPEAL: SHERIFF'S OFFICE POLICY DOES NOT REQUIRE THAT INMATE REQUESTS BE RESPONDED TO WITHIN 72 HOURS. REQUEST SLIPS ARE AVAILABLE TO INMATES TO MAKE A REQUEST OR ASK A QUESTION. THE REQUEST SLIP YOU SUBMITTED REFERENCED DOCUMENTS THAT WERE ATTACHED TO IT, AND IDENTIFIED THEM AS A COPY FOR THE SHERIFF'S OFFICE. IT ALSO INDICATED THAT THE DOCUMENTS WERE NOT TO BE TAMPERED WITH. YOUR REQUEST SLIP DID NOT CONTAIN A QUESTION OR A REQUEST, AND THEREFORE, DID NOT RECEIVE A RESPONSE. UPON MY RETURN TO THE OFFICE, I RECEIVED THE DOCUMENTS YOU SUBMITTED. THE DOCUMENTS WERE NOT TAMPERED WITH, AND ALL PAPERWORK YOU SUBMITTED WAS FORWARDED TO SHERIFF'S OFFICE ADMINISTRATION FOR PROCESSING. IN THE FUTURE, IF YOU WISH TO SUBMIT LEGAL PAPERWORK AND/OR RECEIVE

CONFIRMATION THAT LEGAL PAPERWORK HAS BEEN RECEIVED/PROCESSED, PLEASE SUBMIT YOUR DOCUMENTS THROUGH THE LEGAL MAIL PROCESS. APPEAL DENIED. THIS SECOND LEVEL RESPONSE TO YOUR GRIEVANCE EXHAUSTS YOUR ADMINISTRATIVE REMEDIES.

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

| **INMATE SIGNATURE** | **DATE/TIME:** |
|---|---|
| **OFFICER SIGNATURE** | **DATE/TIME:** |

EXHIBIT (A) 2 OF 4



GEORGE HILLS
Our minds over your matters.

Thursday, August 23, 2018

Daronta T. Lewis
Stanton Correctional Facility
2450 Clay Bank Rd.
Fairfield, CA 94533

RE:  Claimant                          :    Daronta T. Lewis
     Date of Loss                      :    May 5, 2018
     George Hills Claim Number         :    GHC0022190
     City of Fairfield Claim Number    :    18-010

Dear Mr. Lewis:

George Hills is the Claim Administrators for the City of Fairfield (City). The City is in receipt of the claim you presented on or about August 7, 2018. Please note that the City does not have any responsibility at the jail and, as such, we respectfully deny your claim. We suggest that you pursue the proper entity.

Since this is not a case of legal liability with the City of Fairfield, the City is rejecting this claim and you will find the enclosed Notice of Rejection if you wish to contest this finding in court.

Sincerely,

*Christian M. Carmona*

Christian M. Carmona
Claims Manager
(530) 524-2626
chris.carmona@georgehills.com

Enclosure    :    Notice of Rejection of Claim

cc           :    Emily Combs

EXHIBIT (A) 2 OF 4

# GOVERNMENT TORT CLAIM FORM

### (PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST Thomas Ferrara/Ramirez/MASHBURN/CIEMENTE. (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: Daronta T. Lewis.

2. CLAIMANT'S MAILING ADDRESS: Stanton Correctional 2450 Clay Bank Rd
   (ADDRESS)

   Fairfield                    CA        94533.
   (CITY)                      (STATE)   (ZIP CODE)

3. AMOUNT OF CLAIM: $_____

IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE TYPE OF CIVIL CASE:

☐ LIMITED CIVIL CASE ($25,000 OR LESS)

☒ NON-LIMITED CIVIL CASE (OVER $25,000)

4. ITEMIZATION OF CLAIM: (How was the amount claimed above computed; list items totaling amount set forth above, including damages for pain and suffering, if applicable. IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.), PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.

ITEM ADA PATIENT. HANDICAP. Excluding ME From program rec-Time-ACTIVITIES. DOLLAR AMOUNT

| ITEM | DOLLAR AMOUNT |
|------|---------------|
| Cruel unusual punishment | 100,000.00 |
| Corporal punishment | 100,000.00 |
| Punitive Segregation | 100,000.00 |
| Physical solitary wrongful confinement. | 100,000.00 |
| Deliberate Indifference to Removal of Confinement AD-SEG. | -100,000.00 |
| Mental Distress over Wrongful Confinement | 100,000.00 |
| Mental ANGUISH, over Continued AD-SEG. | 100,000.00. |

(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. ADDRESS TO WHICH NOTICES ARE TO BE SENT IF DIFFERENT FROM LINES 1 AND 2:

THOMAS FERRARA. HEAD SHERIFF OF SOLANO COUNTY CUSTODY. DIVISION,
(NAME)

530 UNION AVE. SHERIFFS OFFICE.
(STREET OR P.O. BOX NUMBER)

FAIRField.        CA        94533.
(CITY)           (STATE)   (ZIP CODE)

EXHIBIT (A) 4 OF 4

TO: D. MERCADO (ON TOP) AS Titled FOR CLARITY — LEGAL STAFF
FM: D. Lewis. (ON BOTTOM) AS Titled FOR CLARITY — plaintiff

AGAIN !!!
PER:

# SOLANO COUNTY SHERIFF-CORONER'S OFFICE
## Custody Division

LT. CASTILLO) LEGAL SUPPLY/PHOTOCOPYING/LEGAL ASSISTANCE REQUEST
THIS FORM IS TO BE ON FRONT AS Approved Legal mail

Facility ———— Claybank    Fairfield    Stanton
(Circle one)

INMATE COPY

Printed name of inmate: Lewis, Darontay    Case No. _____

Federal  Court: Civil _____ Attorney's name/telephone: (    ) pro se. (self-rep)

I declare under penalty of perjury that the above information is correct to the best of my
knowledge:

Darontat Lewis        4/11/18        U-3 /#15        POSTAGE
Signature             Date           Cell Location    PAID OFF
                                                      ✓ ACCOUNT

NO. SAY
COMMISSARY

By signing and submitting this form, I acknowledge that the costs of any supplies,
copies and/or postage requested will be immediately debited from my account upon
receipt of this form by the LEGAL OFFICER.        INMATE REMEMBER
                                        ✗ IT SAYS HERE ↑↑  COPY
_____ Request for photocopies of legal materials. ↑↑

NO YES
LAW SUIT
ON YOU

_____ Request for legal assistance _____ (from Solano County Public
          Defender, other inmates, or private attorney).

✓ — Other: RIGHT TO MAIL Legal MAIL, PER Title 15. Legal-
   — MY
   — MAIL, AND POSTAL LAW. LEGAL ADDRESS APPROVAL ONLY
Use this space to explain your request. Five (5) requests per day maximum. Twenty (20) requests per week
maximum. Research of Federal cases, State cases, criminal, civil and statutes are available through LRA (Legal
Research Associates) using the appropriate form. Ask for the "Legal Information Request" form.

TO: | DENNIS BUNTING. SolANO COUNTY CIVIL ATTORNEY.
     530 UNION AVE - SHERIFF DEPT - IN CARE OF - DENNIS BUNTING
              FAIRFIELD. CA, 94533.

LEGALSTAFF, CAN'T DENIE LEGAL MAIL - MERCADO. DANET.
FM: Lewis, Darontay (STANTON CORRECTIONAL) 2450 CLAYBANK Rd.
FAIRFIELD. CA. 94533.        COMPLAINT ON DR. NAGAR OF JAIL.

(DO NOT WRITE BELOW THIS LINE)

Date request received: 4-11-18        By: lcu3

Comments/action taken: _____  **APPROVED**

Date action taken: APR 12 2018        By: _____

03/21/2018 SDD 048  PRIOR        APR 19 2018
     PROOF OF SERVICE

1  DARONTA.T. LEWIS
2  PlAINTIFF.

MEDICAL EXHAUSTED REMEDIES
3
4  EXHIBIT (B) 18 pg's.

5  ADDRESS.

6  Per Code CIV. Proc § 364
7  NOTICE OF INTENTION TO BRING ACTION FOR [Professional ]
8  NEGliGENCE AGAINST HEALTH CARE PROVIDER [Code CIV. § 364]
9  TO: [DOCTOR [MR. NAGAR] In accordance with Code CIV. Proc.
10 § 364, you are notified that on or after 90 days from
11 from the date of this notice. [Daronta T. Lewis] Intends
12 Intends to file. an action against you for damages
13 based on your negligence in providing healthcare
14 services to [Daronta .T. Lewis] name of plaintiff or as
15 the case may be.
16 The action will be based on Claims that you were
17 negligent in the treatment, providing of medical
18 tools. devices, necessities. and ~~device~~, along with
19 proper treatment, surgery treatment, timely-
20 Surgery treatment and proper physical pain Medication
21 of [Daronta .T. Lewis] name of plaintiff or as case
22 may be. As a result of your negligence,
23 [Daronta .T. Lewis] has suffered the following
24 injuries:

25
26
27         EXHIBIT (B)
28         Page 1 of 18

AS A RESULT OF YOUR NEGLIGENCE. PLAINTIFF SUFFERS CERVICAL RADICULOPATHY - CERVICAL SPONYLOSIS WITH NERVE OR SPINAL CORD COMPRESSION BY DENIEING RECOMMENDED TREATMENT PLANS OF NORTHBAY TRAUMA MEDICINE CENTER, LEFT LUNG LEFT SHRUNKEN - BREATHEING LABORED - DISABLING PLAINTIFF FROM DAILY FUNCTIONS, ACTIVITIES TASK, RECOMMENDED SURGERY BY NORTH BAY TRAUMA-MEDICINE CENTER SURGEONS EDDIE ZUSMAN, PERRY ETC et all denied to help plaintiff. You left plaintiff with physical disabling mobility of Neck, shoulder, arm, elbow, forearm, wrist fractured unattended, hand fractured unattended, fingers and nerves — left surgically untreated. By denieing northbay treatment plans layed out day one. From June/02/17 2017. until Day Oct·09·18. when plaintiff left 7 had to fight· hurt, injured to try to get california statutory. medical quality Treatment, care, surgery, medications For serious medical condition you Dr. NAGAR. Individually under agreed contract to provide. adequate, quality care and treatment breached duty owed. By Failing. and/or refusing. to act, omissions of duty, denieing plaintiff proper care and treatment, and expert care. and recommendations, and by preventing expert, specialist care and treatment. Which you are not qualified in the field of neurosurgeons and did patient injustice by from day one. June 02 17. Arrival To Jail Denieing Every/Thing.

AS A Result of your negligence, [Daronta T. Lewis]
has suffered the following injuries:
As described specific natures of injuries
Leftside of gunshot necks nerve's suffer's crippling
unexpected dropping without neckbrace- no muscle-
therapy exercises-or- steroid-muscle Strengthener
Was givin to fight against prolonged permenent
damage. after one year and now (5) months of
may 14 2017. multiple shooting- gunshot Incident.
Despite plaintiff's Continued worries & Complaints-
OF needed trauma therapy- For- Knotted, unbalanced-
crooked, nerve twitching back- from harsh landing
after Chest gunshots (2) times- one entering
center chest exiting-out leftside of neck,
after flipping me backwards and bullet
traveling up my spine touching, rubbing against
spine. in upper neck.-as-it exited.
Creating Scab's on nerves of spine, along
with the harsh Violent backflip- landing me
wrong- Stopped me from walking Instantly
and still pain's me severely to do any-
far walking without support, of back brace
wheelchair to rest and support me..... But
Denial OF needed Therapy- AND-
heeded neck Strengthening Instructions,-
AND- Soft Sole Shoe Heel To Spine Relief-
All STOPS Professional. Proper Treatment &

AND STOPS All PROPER HEALING OF GUNSHOT
PLAINTIFF. ARISING ARE LIFE TIME ill Conditions
of Improper. healing and pain Suffering
plaintiff will be to late to properly
FIX. — With any Corrective Surgery Since
So much — good treatment — time ~~has~~ passed
the Condition gets worse and worse.
And do to plaintiff informed defendant,
it's intentional professional negligence.
it's malice.. ignoring plaintiff due to 7
file.. annoying complaint after complaint.
ANNOYING. Nurses., ANNOYING DOCTOR(S)
WITH CONTINUOUS COMPLAINTS. ORAL Comments—
Response is: "OH he must feel better he
Screaming, yelling Written complaints over
and over again — he must be alright!" We'ol
get to him later!".

Presently as a result of your negligence Patient suffer damages Petitioner/Patient showed sympt of increasing serious medical debility in the week before he suffered stronger immobility arrest physically, Including mental stupor, weakness and inability to walk at all, lack of interest in eating or drinking, and overwhelming increased severe pain in lung Leftside and rib cage. Left side of gunshots. labored breathing disregarded, staples - in - chest over heart and down left shoulder. 15 - staples began to gain green puss in Chest cavity - surgery cut deep wound done for emergency room operation., They failed to daily. clean wounds. right, too over - whelmed by smell of urine - refused to bed bath Petitioner/Patient. Refused to help Petitioner/ patient wipe buttocks after bowel movement, then overwhelmed by smell refused to bed bath Petitioner/patient.

This evidence. along with Volumious documented complaints is sufficient to support thee Jury's Implied finding that defendants/ Respondents did act with Implied malice (Defendants OWED medical duty to Inmate- - patient to provide adequate, prompt, Professional medical help, and their failure to ~~~~ do so - was equivalent to doing an Injurious act.

Presently as a result of your negligence plaintiff suffer damages,

Foreseeability of consequences.

A reasonable person [especially] as a doctor, would know, and therefore foresee consequence of inaction of legal duty to act accordingly to the full and necessary extent of medical treatment, and surgeries, and therapies needed to preserve limbs and mobility like obligation to preserve and protect LIFE, Limb, is id included- obligation to preserve and protect.

to do otherwise is critized as establishing a harsh and unjustifiable - negligent doctor's practice., That any reasonable person. especially a doctor foreseen the consequences of the patients, suffering for doctor deliberately legal duty to act on medical needs of severely injured gunshot patient.

Presently as a result of your negligence plaintiff suffer damages;
At crime scene may. 14. 17. plaintiff's, gun-
Shot, left side of chest, neck and, and
Shoulder busting all 27 nerve's Controling
muscles, elbow, wrist - hand- finger's, at hospital
The Initial findings report - brief was, per
The Video/store Robbery Incident; paramedic's
Also stated gunShot-Victim Lewis
left hand lay at twisted disturbingly
Impossible angle. And later x-rayed it.
Then later northbay's neuro-surgeon's —
M.D. Mr. perry. stated upon scanning
medical x-rays- Suspicions like mine i'd had
was Confirmed, Like breaking of bones by
a War Club type object, plaintiff's
radius and ulna Showed evidence of
having been FRACTURED BY A FORCEFUL
DOWNWARD TWISTING BODY MOTION.
Dr. nagar facility doctor, provider never
braced the wrist, stablized the fractured
hands bones, or the worse. One the index and-
fractured pinky fingers., It was a living
hell. even now the non-treated fracture
still severe'ly crippling pains me like
my neck - chest- Shoulder and back-nerve's,
But non-Treatment of my non-treated Fractures
hurts me still bad'ly today. now.

Presently as a result of your negligence patient suffer damages;
Medical surgeon experts. Eddie Zusman told
dr. nagar dont let the physical assault nerve damages
set in motionless, untreated too long or else
foreseeable complications and secondary medical
problems will lead to irrepairable damage.

Now my injuries are inflicted by defendant physician,
injuries hastened by his withholding / withdrawing
prolonging health care needed to sustain the patients
mobility. in neck, arm, shoulder, wrist and fingers
elbow and. muscle- in arm and back along with
Catching early and repairing nerve damage.
Which. Surgeons told dr. nagar "he" patients needs
nerves moved out of legs and graphed up onto
and through left side of body to help him function
enternally and physically better. especially. since
nerves that Control and regulate Blood Flow
IN LEFT SIDE WERE SEVERELY DAMAGED CAUSING
SWELLING IF NOT ELEVATED 24 HRS PER DAY.
THIS IS PAINFUL WHEN SWELLED FULL OF BLOOD,
AND DELIBERATELY INDIFFERENT TO BE UN-
-COMMFORTABLE AT TRYING DAY & NITE TO
MEDICALLY KEEP ARM AND HAND ELEVATED
24 HRS PER DAY DO TO DR. NAGAR. IGNORED
LEGAL DUTY TO ACT. WHICH IS CRIMINAL LIABILITY.
PHYSICIAN MAY NOT WITHHOLD, NOR WITHDRAW TREATMENT
WHEN BENEFITS GAINED OUTWEIGH BURDEN$ LIFE INJURIES.

Presently as a result of your negligence patient suffer damages.
DOCTORS CONDUCT CONSTITUTED An ILLEGAl AFFIRMATIVE —
ACT- AND- SECONDLY A OMISSION, FURTHER TREATMENT
~~FURTHER~~ - DENIED.

This is expressive of malice
This is willful as in intentional.
Which by law of blackslaw dictionary 10th edition this
equals unlawful conduct by any doctor, dr nagar as well.
Doctor nagar's willful failure to act upon legal duties,
resulted in severe fracture x ray's by surgeon,
goin unattended to by dr nagar. all the while. leaving
me in severe pain beyond the whole while of six months
i complained & complained to get some type of
better relief medication. All the while wrist' was NEVER
stable nor stablized despite complaints., 1year 8months
later dr nagar's inactions set in Complications-
of permenent immobility, prolonged severe pain &
suffering difficulties of therapy intervention
towards mobility., And permenent complications
of nerve damage, irrepairability, and prolonged
pain and suffering. Mental anguish, Mental distress,
physical distress, Emotional roller coaster of distress,
depression by my condition of DETERIORATION.
Due to dr nagar inaction of legal duty to act.

Doctor NAGAR WITHDRAWAL FROM
Seeing patient occured even prior to
Complaint against Northbay hospital. 4-24-18.
so no more forms of ideal treatment was
discussed or requested, bias and discrimination
was applied. the Jail superiors and doctor
was disgusted at patients claims against
alleged; upstanding, seemingly perfect, innocent
type nurses and nuero surgeon's, assistants
and supervjors. WHO NAGAR WAS IN LEAGUE-
WITH BEING THAT THEY WERE IN SAME PROFESSION
AND HE NAGAR DIDNT BELIEVE ANY MEDICAL-
GROUP, INDIVIDUAL, OR LEAGUE OF HIS PERSONNEL
WOUID DO ANY OF THIS MISCONDUCT.
AND SURE'LY NAGAR FELT DISGUSTED AT THE
ACCUSATIONS AGAINST COIIEAGUES AND DENIED
GUNSHOT AFRICAN AMERICAN PATIENT ANY
FURTHER MEDICAL TREATMENT OR HEAliNG RELIEF
OR DAMAGE REPAIR.

This Doctor Nagar as Vacaville doctor(s)
Home health company 'needs' to be indicted
by a federal grand jury though he's not For example;
[Dr. Jaime Cortes, 52, Drs.     Abdelsalam
mogasbe, 51, James Nickolopoulos, 70. yrs old.] Still
Still, Dr. Nagar. Conspires with Facility. Sheriff
Thomas Ferrerara. and board of supervisor's-
As. director of Facility medical group- (CFMG)
- decision maker. Conspired to Low Ball inmate(s)
medical needs to Save County Facility Money,
and keep his Solid position. by Showing -
he could Side Step expensive Medical needs
With Cheap Jailhouse Remedies- medically. SHOWNg
SHOWNg Example, to Facility. Captain and Federal Judge-
Example (D.) ~~████████████~~. Cancel out
nuero surgery. to repair Blood Flow Nerve-
Regulator's, Sensor's. communicator's, Nagar
Instead. give. uplifting Brace To Never hang -
left arm. Go To Sleep. use EXTRA BLANKET-
To PROP Left arm. For life Time. Instead-
of doing. Healing. Repairing Treatment -
type Surgery. Through. Facility.-county-
Inmate patient medical coverage, Inmate-
Patient low balled also of therapy. 15 hrs minimum
Per week for gunshot victims, ALSO, SOFT SHOE Medical
Shoe Order. For Damaged Spine, Wheel Chair Inmate
denied despite Complaints like for Pain Meds & Surgery.

1. Dr. NAGAR needs to relinquish his license,
2. and be prohibited from practing ▓▓▓▓
3. medicine pending medical board of californias
4. investigative decisions. Prohibiting a patient
5. from being normal again is Unacceptable.
6. The physican's tenure at facility have been troubled,
7. He continues with facility officer's to denie 'any'
8. wrongdoing(s). Even with Medical board of california
9. He may decide not to forgo a hearing and
10. reject 'temp' suspension of his license pending
11. this filing.    (EXAMPLE OF VIOLATIONS. A FEW. EXHIBITED;
12. Dr. Nagar will admit he's 'Seen' hundreds of adult
13. Pretrial facility men, and Juvenile's. But he will
14. Not admitt to mistreatment of Marcus Kutterer,
15. a severe initially burned fire Victim, Fredrick-
16. Lewis jr. a young (8) time Shot, Gunshot Victim. not
17. properly medicated, or, nor no. gunshot-disability-
18. body therapy repair. NONE ORDERED, (3.Rd Troy-
19. Hernandez. Hip Replacement patient. Not properly
20. prescribed medication. Nor no minimum ordered-
21. physical therapy. (4.Th. (ME) SAME. Gunshot Victim, Lewis,
22. disabled Shattered left Shoulder 27 nerve's busted,
23. Blood nerve regulator's, Chance to be repair'd
24. to keep hand from Swelling Size of football. if
25. ever hand hang down. Denied nerve repair surgery,
26. Denied-Workable-medication , Denied WRIST-
27. finger's Stablizer(s)-BRACE., NERVE IN NECK HIT
28. BY 40 CALIBER. Bullet, BACK-WALKING HARD TO DO →

1 NEED SOFT SHOE ORDER, NERVES HURT SEVERE
2 AT EVERY-STEP, Denied soft shoe order.
3
4 Giving Wheel chair. back waist wrap to hold
5 hand. and told to sit. Denied soft shoe order.
6 MisTreated during patient's (evasive) exam's
7 by dr. nagar.
8 Under a interm suspension, nagar need not
9 be able to see patients, hold himself out as a
10 doctor or nor prescribe no medicine.

11 He Should also Surrender to board his wall
12 certificates, and his prescription pads.
13 While rising rates of concerns about medical
14 injustice and treatment racial biases.

15 Dr. nagar is the sole provider, director. where
16 at facility complaints are numerous and his
17 Conduct described as careless, and "creepy";
18 inappropriate touching during neck, and back
19 to tail bone exam's, lewd comments,
20 Suggestive remarks - even- with nurse assistant
21 ms. Vickki who seem's her blood level's Very
22 serious'ly effected by medication abuse, or
23 Substance abuse- and-a-safety risk to
24 my health also if write down or forget,
25 Dr. nagar's words, or confuse ordered words.
26 THE END: ORDER SOMETHING BE DONE.....
27 THE END; PLEASE RECONSIDER. GRANTING
28 AND - PARTIAL GRANTING BEFOR
DENIE'ING EVERY LITTLE & BIG THING.

EXHIBIT (B)

DR. NAGAR DIDN'T STABLIZE
THE FRACTURE: IN THE FIFTH METACARPAL
OF LEFT HAND. STILL 11-MONTHS LATER
AND MY INDEX. POINTER FINGER IS BEYOND
REPAIR. HE'S NEVER-EVER DID X-RAY TO
EVALUATE EXTENSIVE DAMAGE OF NONE OF IT.
FOR SELF. AS CFMG MED-DIRECTOR.
AGAIN- BAD DIAGNOSIS OVER LOOKED.
IN THIS $82 MILLION DOLLAR-FACILITY.

RESULT: I'M STEADY LOSING A BLENESS
TO TRY TO WALK, STEADILY. BEING CONFINDED
TO SIT IN WHEEL CHAIR INSTEAD OF USING
IT AS WALKER - NOT TO FALL FACE FORWARD.

I plaintiff Seek compensation for ▨▨ Doctor's
Proffessional NEGLIGENCE. AND- HIS- MALPRACTICE.
FOR DEPRIVATION OF RIGHTS. TO PROPER, ADEQUATE
HEALTH CARE, AND TREATMENT AND SURGERIES I WAS
DENIED, AND PREVENTED, HINDERED TO RECIEVE.
] AS A RESULT I SUFFER STILL ▨▨▨ TODAY. UNTREATED.
INJURED AND I DEMAND COMPENSATION AND DAMAGES.

Dated: Nov. 30. 2017. at Fairfield, California

2450 CLAY BANK. STANTON CORRECTIONAL FACILITY.

*Lamountait Lewis.*

signature of attorney.

END OF: *NOTICE OF INTENTION TO BRING ACTION AGAINST HEALTHCARE PROVIDER BASED ON PROFESSIONAL NEGLIGENCE.*

EXHIBIT (B)

15 OF 18.

# GOVERNMENT TORT CLAIM FORM

### (PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST _DocToR NAZSEIR, CouNTy JAil_ (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: _DARONTA T. LEWIS_

2. CLAIMANT'S MAILING ADDRESS: _500 UNION AVe._
(ADDRESS)

    _FAIRFIEID_      _CA_    _94533_
    (CITY)       (STATE)    (ZIP CODE)

3. AMOUNT OF CLAIM: $_____

**IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE TYPE OF CIVIL CASE:**

☐ **LIMITED CIVIL CASE ($25,000 OR LESS)**

☒ **NON-LIMITED CIVIL CASE (OVER $25,000)**

4. **ITEMIZATION OF CLAIM:** (How was the amount claimed above computed; list items totaling amount set forth above, including damages for pain and suffering, if applicable). **IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.), PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.**

ITEM                                              **DOLLAR AMOUNT**

_DELIBERATE INDIFFERENCE To, PAIN $SUFFERING._

_INFLICTION OF EMOTIONAL DISTRESS & MENTAL ANGUISH._

_INTENTIONAL MISREPRESEN-TATION. TO MEDICATION. OF RELEIF_

_DYSFUNCTION OF DAILY-THERAPUTIC ACTIVITIES._

_DEPERAVATION OF SLEEP. AND SLEEP DISCOMFORT._

_DEPRIVATION OF PAIN & SUFFERING RELIEF._

_DEPRIVATION OF ADEQUATE MEDICAL CARE, TREATMENT_
(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. **ADDRESS TO WHICH NOTICES ARE TO BE SENT IF DIFFERENT FROM LINES 1 AND 2:**

    _SHERIFF OFFICE Employer T.A. FERRERA_
                         (NAME)

    _530 UNION AVE_
           (STREET OR P.O. BOX NUMBER)

    _FAIRFIEID_     _CA_    _94533_
      (CITY)      (STATE)    (ZIP CODE)

_EXHIBIT (B)_     



# SOLANO COUNTY SHERIFF'S OFFICE

GRIEVANCE INMATE REPORT



| MEDICAL | 17001467 | 08/11/2017 17:00 |
|---|---|---|

| GRIEVANCE TYPE | LOCATION | CREATED BY | Report Date | Report Time |
|---|---|---|---|---|
| MEDICAL | 01-JCDF LVL2 M 05 | POSADAS SCJ439 | 08/11/2017 | 17:38 |

## GRIEVANCE SUMMARY

SEVERE BACK PAIN NOT BEING ADDRESS BY MEDICAL.

**NAME: LEWIS, DARONTA**      **NUM: 149341**

**CURRENT HOUSING:**
**01-JCDF LVL2 M 05 B**

**GRIEVANCE AGAINST DEPARTMENT:**
MEDICAL

**DISPOSITION:**
UNFOUNDED

**INMATE RESPONSE:**
IN RESPONSE TO YOUR GRIEVANCE DATED 08/11/2017, COMPLAINING OF NEEDING TO SEE A SPECIALIST FOR YOUR BACK PROBLEM; YOUR REFERRAL HAS BEEN MADE TO YOUR NEURO SURGEON, HOWEVER, WE ARE WAITING ON A RESPONSE BACK. YOUR OUTSIDE APPOINTMENT IS CURRENTLY PENDING. YOU ARE CURRENTLY BEING TREATED FOR YOUR BACK PAIN. IF YOU HAVE ANY FURTHER QUESTIONS OR CONCERNS PLEASE SUBMIT A SICK CALL SLIP TO YOUR PROVIDER. THANK YOU.

## REVIEW

| REVIEW DATE | TIME |
|---|---|
| 08/16/2017 | 09:51 |

**REVIEW OFFICER**
**CHOERA SCJ102**

| APPEAL | ENTERED BY: | DATE | TIME | CREATED DATE | TIME | 17001467 | 08/18/2017 |
|---|---|---|---|---|---|---|---|
| | CATALLI SCJ902 | 08/18/2017 | 01:25 | 08/18/2017 | 01:25 | | |

| CATEGORY | REVIEW BY: | REVIEW DATE: | TIME: |
|---|---|---|---|
| APPEAL | MARSH SCJ358 | 08/18/2017 | 11:08 |

## APPEAL NOTE:

APPEAL TO NEXT LEVEL

## INMATE RESPONSE:

IN RESPONSE TO THE APPEAL OF GRIEVANCE #17001467, DATED 8-18-17; I HAVE READ AND CONCUR WITH THE LEVEL ONE RESPONSE PROVIDED BY MEDICAL STAFF. APPEAL DENIED. THE SECOND LEVEL RESPONSE EXHAUSTS YOUR ADMINISTRATIVE REMEDIES.

| I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT |
|---|

| INMATE SIGNATURE | DATE/TIME: |
|---|---|
| OFFICER SIGNATURE | DATE/TIME: |



**York Risk Services Group, Inc.**
P.O. Box 619079,
Roseville, CA 95661
Phone: (916) 960-0900 Fax: (800) 921-7683

VOICE: (925) 349-3879
FAX: (925) 609-9264

April 11, 2018

Solano County Sheriff Office
530 Union Avenue
Fairfield, CA 94533

**ATTN: Daronta T. Lewis, INMATE**

RE:  Our Client  :  Solano County
     Claimant    :  Daronta T. Lewis
     Date of Loss :  11/29/2017
     File Number  :  SCGL-4129A1

Dear Mr. Lewis:

We are the claim administrators for the County of Solano and I am assigned to investigate and handle your claim.

I have received and reviewed your claim. Thereafter, we received and reviewed input from Solano County regarding the claim submitted and the allegations outlined therein. Our conclusions are that medical decisions and treatment you have been provided meet medical standards by the jail facility medical providers.

In light of these findings, a formal claim rejection notice will follow shortly under separate cover.

Sincerely,

*Craig Nunn*

Craig Nunn
Senior Claims Adjuster
York Risk Services Group, Inc.
craig.nunn@yorkrsg.com

Exhibit(B). 18 of 18