**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, et al.,<br><br>Defendants. | No. 2:19-CV-1735-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 18, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2020, are adopted in full;

2. Defendants City of Fairfield, County of Solano, Thomas Ferrara, Castillo, Ramirez, and Clemente are dismissed from this action; and

3. This action shall proceed solely on plaintiff's Eighth Amendment medical care claim against defendant Nagar.

DATED: July 27, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE