1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS, | No. 2:19-CV-1735-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| NAGAR, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 24, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2020, are adopted in full;

2. This action is dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgement and close this file.

DATED: August 31, 2020

/s/ John A. Mendez_____    _____

UNITED STATES DISTRICT COURT JUDGE